David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN J. RICAFRENTE, | |
| Plaintiff, | Case No. 2:16-cv-01119-GMN-CWH |
| v. | |
| AD ASTRA RECOVER SERVICES, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | **STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| Defendants. | |

Pursuant to federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Allen J. Ricafrente ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") stipulate to dismissal of Experian from the above-mentioned action, with prejudice.

1  Each party will bear its own fees and costs arising in connection with prosecution of

2  Plaintiff's action against Experian.

3  Dated: January 30, 2017

| */s/ Miles N. Clark* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> KNEPPER & CLARK LLC <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br> Phone: (702) 825-6060 <br> FAX: (702) 447-8048 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br>  (702) 880-5554 <br> dkrieger@hainesandkrieger.com <br><br> Attorneys for Plaintiff | */s/ Jennifer L. Braster* <br> Jennifer L Braster <br> Maupin Naylor Braster <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@naylorandbrasterlaw.com <br> Attorneys for Defendant <br> Experian Information Solutions, Inc. |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 31, 2017